ERIC GRANT
United States Attorney
JASON HITT
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2700

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | C.A. No. 26-124 |
| | ) | |
| Plaintiff-Appellant, | ) | D.C. No. 2:24-CR-302-JAM |
| | ) | (E.D. Cal., Sacramento) |
| v. | ) | |
| | ) | |
| JULIAN RAYMON ORTIZ, | ) | MOTION TO VOLUNTARILY |
| | ) | DISMISS APPEAL |
| Defendant-Appellee. | ) | |
| | ) | |

Pursuant to Rule 42(b)(2) of the Federal Rules of Appellate Procedure and Circuit Rule 27-9.1, the United States of America, by and through its undersigned attorneys, hereby moves to voluntarily dismiss the appeal filed by the United States on January 5, 2026, and request an order dismissing the appeal.  Counsel for appellee

1

2

Ortiz informed the undersigned counsel that Ortiz will oppose this motion, and the parties agree that each shall bear their own costs, if any.

DATED: March 18, 2026      Respectfully submitted,

ERIC GRANT
United States Attorney

/s/ Jason Hitt

JASON HITT
Assistant United States Attorney