CA NO. 26-124

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | D.C. No. 2:24-cr-00302-JAM-1 |
| Plaintiff-Appellee, | ) | |
| v. | ) | |
| JULIAN RAYMON ORTIZ, | ) | |
| Defendant-Appellant. | ) | |

---

**RESPONSE TO GOVERNMENT'S MOTION TO VOLUNTARILY
DISMISS APPEAL**

---

APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

HONORABLE JOHN A. MENDEZ
United States District Judge

CARLTON F. GUNN
1751 Colorado Blvd., #384
Los Angeles, California 90041
Telephone (323) 474-6366

Attorney for Defendant-Appellee

CA NO. 26-124

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | D.C. No. 2:24-cr-00302-JAM-1 |
| Plaintiff-Appellee, | ) | |
| v. | ) | |
| JULIAN RAYMON ORTIZ, | ) | |
| Defendant-Appellant. | ) | |

### RESPONSE TO GOVERNMENT'S MOTION TO VOLUNTARILY DISMISS APPEAL

Defendant-Appellee, Julian Raymon Ortiz, through his counsel of record, Carlton F. Gunn, hereby responds to the Government's Motion to Voluntarily Dismiss Appeal, which does not fully state defendant-appellee's position. Appellate defense counsel requested in an email to counsel for the government that the government state the defense position as: "Defense counsel indicates he opposes the motion at this time and will file a response within the time provided for in the Ninth Circuit rules." Appellate defense counsel has conducted preliminary research that suggests there is a basis for opposing the motion and wishes to consult further with defendant-appellee and defendant-appellee's district court counsel as to whether to assert that opposition. Appellate defense counsel therefore requests the 10-day period for filing a response to motions provided for

in Rule 27-(a)(3)(A), and requests the Court not rule on the government's motion until after that 10-day time period.

Respectfully submitted,

DATED: March 19 , 2026        By    s/Carlton F. Gunn
                                  CARLTON F. GUNN