UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 23 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff - Appellant,<br><br>  v.<br><br>JULIAN RAYMON ORTIZ,<br><br>    Defendant - Appellee. | No. 26-124<br><br>D.C. No.<br>2:24-cr-00302-JAM-1<br>Eastern District of California,<br>Sacramento<br><br>ORDER |

Before:    LEE, DESAI, and JOHNSTONE, Circuit Judges.

The opposed motion (Docket Entry No. 8) for voluntary dismissal is granted.

This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.